# COLLECTIVE EXHIBIT 3

Affidavit of Todd Price, Chief Technology Officer at Page Vault, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| J.H., by next friend BETTY HARRIS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3-14-2356 |
| | ) | Judge Trauger |
| WILLIAMSON COUNTY, ET AL., | ) | Magistrate Judge Holmes |
| Defendants. | ) | |

I, the undersigned, do hereby swear, certify, and affirm that:

1. I am over the age of 18 and am not a party to this action. All foregoing facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Chief Technology Officer at Page Vault Inc., located at 321 N. Clark St., Suite 2550, Chicago, Illinois, 60654. I have been so employed since March 2013.

3. Page Vault is a cloud-based service that enables Users to control a remote, cloud-based browser to make captures of webpages.

4. Users first establish a connection from their computer to the Page Vault Capturing Server (PVCS). This connection uses the Remote Desktop Protocol (RDP), which provides a graphical user interface to connect to another computer over a network connection. RDP connections operate over an encrypted channel. RDP allows the User to remotely control the Page Vault Browser (PVB) software that is installed on the PVCS.

5. The PVB is a proprietary browser that utilizes Microsoft's Trident rendering engine or Google Chrome's browser engine. The PVB restricts the user from modifying the webpage, accessing or modifying the webpage's source code, installing browser plugins, or otherwise altering the contents of the webpage or the internet traffic between Web Servers (WS) and the PVCS.

6. As the User controls the PVB, the PVCS establishes an active web browsing session with various WS.

7. Remotely controlling the PVB, Users can cause the PVCS to create Captures of webpages locally to the PVCS. Captures include the way the webpage looked in the PVB along with associated metadata. Captures are digitally signed and hashed.

8. Page Vault securely stores these Captures on Page Vault's Servers (PVS).

9. Users can access, review, and download the Captures by logging into the Page Vault Portal (PVP) website. The PVP uses the HTTPS protocol, which secures communication over a computer network. Users must enter their password to log into the PVP.

10. Attached hereto as Exhibit A is a true and accurate copy of a Capture of a public Facebook post and the public comments made on said post. This post was captured by Page Vault personnel on Friday, February 24, 2017. The URL from which this post was captured is listed on the cover page of this exhibit, as well at the bottom left hand corner of each page.

11. Attached hereto as Exhibit B is a true and accurate copy of a Capture of a public Facebook post and the public comments made on said post. This post was captured by Page Vault personnel on Friday, February 24, 2017. The URL from which the post was captured and the date on which the capture was made are listed on the cover page of this exhibit, as well as in the bottom left corner of each page.

12. Attached hereto as Exhibit C is a true and accurate copy of a Capture of a public Facebook post and the public comments made on said post. This post was captured by Page Vault personnel on March 9, 2017. The URL from which the post was captured and the date on which the capture was made are listed on the cover page of this exhibit, as well as in the bottom left corner of each page.

13. Attached hereto as Exhibit D is a true and accurate copy of a Capture made by Page Vault personnel documenting the Facebook users who publicly liked the comment posted by Elizabeth Harris stating "Yayayay!! We get to keep our DNA!! Now to get rid of the GAL! And learn "the rest of the story[.]"" This comment is reproduced on page 3 of the document attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this* 17th *day of* March, 2017 *at* Chicago, Illinois.

Todd Price

3/17/2017

Date

# EXHIBIT A



Document title:            Connie Reguli

Capture URL:               https://www.facebook.com/connie.reguli#

Captured site IP:          31.13.69.228

Page loaded at (UTC):      Fri, 24 Feb 2017 21:42:15 GMT

Capture timestamp (UTC):   Fri, 24 Feb 2017 22:00:12 GMT

Capture tool:              v5.1.1

Page Vault server IP:      54.174.78.137

Browser engine:            Chrome/55.0.2883.87

Operating system:          Microsoft Windows NT 6.2.9200.0 (6.2.9200.0)

PDF length:                244

Portal URL:                https://portal.page-vault.com/#/snapshot/399443

User:                      pagevault-consulting

PAGE VAULT PDF REF#:   xbV6Cgi25ziGznER4eguUN



Document title: Connie Reguli
Capture URL: https://www.facebook.com/connie.reguli
Capture timestamp (UTC): Fri, 24 Feb 2017 22:00:12 GMT

Connie Reguli | Timeline ▾ | Recent ▾ | 👤 Add Friend

Sponsored

What's your Rare Count today?
·Shire

Find Your Rare Count
shire.com/rarecount
You may be surprised at how many people in your life could be affected by a rare disease.

## Intro

I am an attorney in Tennessee fighting for families against government and court abuses.

🏠 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana



## Photos





## Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch  [+]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾

Facebook © 2017

everything from him.. they can't get away with taking his right to a jury trial if he wants one.. which he DOES!
Like · 💬 2 · 18 hrs

Edra Smiley Just some thoughts /questions -- Can you move the Court to remove the GAL if the GAL acted in a manner contrary to the 'child's best interest' ---- or lack of participation in the case? 2) Can you compel a hearing and have GAL to testify? 3) Can you challenge GAL under Rules of Evidence? 4) Are there any rules that prohibit the GAL report being entered prior to a hearing (according to the Rules of Evidence)? 5) If GAL is not child's attorney then GAL can be cross-examined regarding the GAL report?
Like · 💬 1 · 15 hrs

Donna Lee Cook That is not right.
Like · 👍 1 · 19 hrs

Lalanea Little-Tobeler what do u know.......A federal judge just made a huge case disappear just to bury the truth!!!
Like · 💬 6 · 19 hrs · Edited

Randy Davis Damn
Like · 👍 3 · 19 hrs

Lalanea Little-Tobeler but remember folks...the fed judges are not in on this shit....I believe Connie Reguli just proved they are!!!
Like · 💬 6 · 19 hrs

Connie Reguli Absolutely.
Like · 👍 1 · 10 hrs

Duddley Dewright Perhaps we need to do a bit of detective work on both the judge and the GAL, find out if there are any ways they cross paths or where the judge's financial situation and holdings might crossover into a grey area for your client.
Like · 👍 1 · 4 hrs

Lalanea Little-Tobeler But we are crazy...haha.....how about...NO!!!!
Like · 💬 3 · 19 hrs

Sharon Crittendon Should never happen. Where are Republican Rights!!! Why are we being shit all over when it comes to DHS, CPS!!! What's it going to take for parents to be rightfully heard for children taken!!!
Like · 💬 6 · 19 hrs

Warren Demers 'Shit all over'....hmph, that's a really accurate, possibly the best analogy
Like · 👍 1 · 18 hrs

Louis Devault hush it up and leave no records to stand against the agency... the gal could be sued for malpractice but that is just another un proven rabbit hole ...Do you have any depositions?
Like · 💬 5 · 19 hrs

Lalanea Little-Tobeler Lol why arent u on my friends list???
Like · 💬 2 · 19 hrs

Connie Reguli Gals have immunity
Like · 👍 1 · 19 hrs

Lalanea Little-Tobeler & thats why i said the fed judge made sure to bury this case!!! I knew GAL's have immunity
Like · 👍 1 · 19 hrs

Kriss Duffney Why do they have immunity? And are you talking about gals that are also attorneys? Funny thing here, I submitted an answer court report pointing out the fact that the 2 prior gal reports were based on fraud and his out right lies... nothing was said about my report, but he also suddenly retired. However, what about the whole year prior of his being paid for sitting on his ass, lying about his job??
Like · 9 hrs

Val Williams Connie Reguli can the immunity be challenged (in the long run)?
Like · 💬 2 · 7 hrs

Lalanea Little-Tobeler she's gonna have to Val....Like De

● Chat

Connie Reguli Well I am not sure about this. I will say the
💬 Chat

Nora Nolt Connie Reguli knows the law.
Like · 1 · 18 hrs

Mary Robbin Carroll-Bower Connie Reguli
Like · 3 · 18 hrs · Edited

Mary Robbin Carroll-Bower Get a friend to file a public FOIA so its free and request all Gal certs from a 10 year span. Give them 10 days to turn them over. State its for public interest and you dont have to pay. They should hand over all the copies on certs for the period requested and their continuing education. If its less than Federal GAl standard its fraud. If none on file you know its a fraud appointment. Have your friend go to court and pick up the list of Gals, the cert copies, and education.
Like · 1 · 18 hrs

Kathleen Clark YEAH
Like · 3 · 18 hrs

Mary Robbin Carroll-Bower It is fraud unwarranted immunity.
Like · 5 · 18 hrs

Kathleen Clark NO ONE SHOULD HAVE IMMUNITY IT ALLOWS CORRUPTION
Like · 10 hrs

Connie Reguli Can you pm me a rule on that.
Like · 2 · 18 hrs

Mary Robbin Carroll-Bower Does the Gal have certs on file and educational extensions on file at that courthouse. Gals have to meet Federal standards. If not its fraud from get go. Connie Reguli
Like · 1 · 18 hrs

Etta Robertson The devil always flees from the light
Like · 9 · 18 hrs

Kristy Streb Go public before they silence you legally
Like · 1 · 18 hrs

Elizabeth Harris Connie Reguli let's get this done.
Like · 6 · 18 hrs

Etta Robertson Give him a smartphone and YouTube. Thats all you need
Like · 3 · 18 hrs

Elizabeth Harris give him a mic! He's is chomping at the bit to do this
Like · 1 · 18 hrs

Donna Lee Cook Yes
Like · 5 · 18 hrs

Etta Robertson Maybe he should go public. Bring light to the corruption.
Like · 3 · 18 hrs · Edited

Elizabeth Brown This happened to me in Jefferson County court- Then DCS got the Judge to "seal" all the case records.
Like · 2 · 18 hrs

Kristy Streb What? How? Is there NOTHING you can do? Can you appeal?
Like · 7 · 19 hrs

Connie Reguli Lots of depositions. I have 600 hours in this case
Like · 5 · 19 hrs

Kathy Lester Can we say RICO SO SICK OF THE CORRUPTION
Like · 3 hrs

LaJuana Little-Tobeler she's gonna have to Val....Like Deanna Fogarty & Freslie Hardwick did with CPS workers to strip them of their immunity.
Like · 2 · 7 hrs

Val Williams Connie Reguli can the immunity be challenged (in the long run?)
Like · 7 hrs

Sponsored

Find Your Rare Count
shire.com/rarecount

What's your Rare Count today?
-Shire

You may be surprised at how many people in your life could be affected by a rare disease.




Connie Reguli
Timeline ▾ Recent ▾

+ Add Friend

Intro
I am an attorney in Tennessee fighting for families against government and court abuses.

🏠 Lives in Brentwood, Tennessee
📍 From Franklin, Indiana

Photos


Friends




English (US) · Español · Português (Brasil) · Français (France) · Deutsch +
Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Facebook © 2017

f  Connie Reguli                                    🔍        PV   Home   Find Friends   👥 💬 🌐   ❓ ▾

Connie Reguli   Timeline ▾   Recent ▾                              👤 Add Friend

Sponsored

What's your
Rare Count
today?
· Share

Find Your Rare Count
shire.com/rarecount
You may be surprised at how
many people in your life could
be affected by a rare disease.

### Intro

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏛 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana

### Photos

### Friends

English (US) · Español · Português (Brasil) ·        +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
· More ▾

Facebook © 2017

---

Like · 🔄 1 · 18 hrs

**Nora Nolt** Connie Reguli knows the law.
Like · 🔄 1 · 18 hrs

**Connie Reguli** Well I am not sure about this. I will say the magistrate
made a comment about 'knowing' the gal. I sent him an email and asked
for disclosure of their relationship
Like · 🔄 1 · 10 hrs

**Mary Robbin Carroll-Bower** Nora not everyone knows that loophole. I
am also a 30 year paralegal and former two court deputy court clerk and
PI. We pulled ten years worth of GAL certs here and found most of them
were fraudulently operating in our county without certification or
education required by Statute. The federal Statute is set for GALs. The
State statute can be equal or greater but not less than the Federal
Statute. Our county clerk did not even know that she had to have certs
on file at the county court as required by law. Why? To protect the
people from fraud. Nora Nolt. Looks can be deceiving at 62 they thought
I was just a young dumb Mother. I instead am the educated
Grandmother.
Like · 🔄 1 · 9 hrs · Edited

**Mary Robbin Carroll-Bower** As Connie knows they don't like to be
challenged in these cases, nor implied they are wrong even when they
know it.
Like · 🔄 1 · 9 hrs · Edited

**Nora Nolt** Ok I didn't know you have legal expertise. With all the Ronnie
Davis legalese spouters, it's hard to know who's valid and who isn't.
Like · 🔄 2 · 9 hrs · Edited

**Mary Robbin Carroll-Bower** I kept my Grandchild from being adopted
out by fraud to strangers after a 15 month battle with three contract AGs
and 2 fraudulent GALs. Of course I had PIs working the case too
privately. I used to license all the PI's in Tx. Three of my cousins are
cops, two Attorneys and two Judges. I found myself in a different state.
Years ago the Mother was parentally kidnapped in Tx. Texas allows for
Grandjury. I was brought to testify and the kidnapper was extradited out
of New York. My case was a conspiracy started by a young girl who had
an affair with my husband. She is still stalking me after all these years.
She became a cop and uses her buddies to help her. She is involved in
my Grandchilds case AGAIN. I am in the process of writing a movie
script: FATAL ATTRACTION TWO.
Like · 🔄 1 · 8 hrs · Edited

**Nora Nolt** Horrors
Like · 🔄 1 · 8 hrs · Edited

**Mary Robbin Carroll-Bower** Yes and even worse to live it. For me my
only help has been my faith.
Like · 🔄 1 · 8 hrs

**Mary Robbin Carroll-Bower** When there is money riding and changing
hands it is the worst of corruption.
Like · 🔄 1 · 8 hrs

**Laura Brock** No weapon formed against you shall prosper!!! In Jesus name
Father we ask that the enemy fall into the holes he digs. In Jesus name we pray
for truth, justice and righteousness. In Jesus name may the tipping point come
now. Father reveal to the nation the evil taking place in our courts. Reveal the
selling of our children. Lord we lift Connie and all other warriors in this fight up
and ask for protection, peace, clarity, boldness and for you to renew their
strength like eagles, daily! In Jesus name we pray that you destroy this system
from the inside out and without delay. May no force in heaven or earth deny our
victory and may this case in particular prove fruitful for your will. In Jesus name
we praise you for the miracles to come and for our victory!!!! Amen
Like · 🔄 9 · 18 hrs

**Kathleen Clark** IN JESUS NAME AMEN!!!!!!!!!!!!!!!!!
Like · 🔄 3 · 18 hrs

**Warren Demers** Beautiful world! In Jesus name! Amen!
Like · 🔄 3 · 18 hrs

**Dore Nichols** Where two or three have gathered togethe   ● Chat



**Sponsored**

What's your Rare Count today?
- Shire

**Find Your Rare Count**
shire.com/rarecount
You may be surprised at how many people in your life could be affected by a rare disease.

Like · 💬 3 · 18 hrs

**Warren Demers** Beautiful work! In Jesus name! Amen!
Like · 💬 3 · 18 hrs

**Dore Nichols** Where two or three have gathered together in agreement with you on this issue in Jesus name, be it done for the glory of the Lord, and America, and praying for the peace of Jerusalem, too. Amen.
Like · 💬 3 · 17 hrs

**Terri Staney** Amen
Like · 💬 2 · 16 hrs

**Elisa Breitenbach** Amen
Like · 💬 2 · 16 hrs

**Cathy Gustin** AMEN!!!
Like · 💬 2 · 15 hrs

**Connie Reguli** Thank you so much for prayers of empowerment and wisdom in the name of Jesus. This is not an earthy battle. Very dark spirits have stolen the hearts of men.
Like · 💬 2 · 10 hrs

**Kathleen Clark**

Like · 9 hrs

**Kathleen Clark**

Like · 💬 1 · 9 hrs

**Kathleen Clark** We are gonna move Mountains this year we already are
Like · 9 hrs

**Wendy Yazxie** I agree with Felicia K Burk. GALs are NOT to be God or Judge .
Like · 💬 1 · 18 hrs

**Mike Foley** You should object to the magistrate's recommendation!
Like · 💬 4 · 18 hrs

**Connie Reguli** I know but this is not a normal motion ruling just thinking about how to handle it
Like · 💬 3 · 18 hrs

**Nicole Gilkerson Duvall** Connie, when you come up with something let us know. I can't believe this is happening.
Like · 💬 1 · 18 hrs

**Mike Foley** Just tell the judge WHY it can't be that way.    ● Chat

---

### Intro

I am an attorney in Tennessee fighting for families against government and court abuses.

🏛 Lives in Brentwood, Tennessee
📍 From Franklin, Indiana

### Photos

### Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2017



Sponsored

What's your
Rare Count
today?
.Shire

Find Your Rare Count
shire.com/rarecount
You may be surprised at how
many people in your life could
be affected by a rare disease.

**Connie Reguli** | Timeline ▾ | Recent ▾

⚲ Add Friend

## Intro

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏛 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana

## Photos

## Friends

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch   +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
· More ·

Facebook © 2017

**Nicole Gilkerson Duvall** Connie, when you come up with something let
us know. I can't believe this is happening.
Like · 👍 1 · 18 hrs

**Mike Foley** Just tell the judge WHY it can't be that way.
Like · 👍 1 · 18 hrs

**Jessica Kennedy** You got this Connie!
Like · 👍 1 · 18 hrs

**Nora Nolt** Then he'll straighten up?
Like · 👍 1 · 18 hrs · Edited

**Warren Demers** ...and I was about to ask the court to appoint a GAL in my case.
Smh
Like · 👍 1 · 18 hrs

**Kayla Trautvetter** You have better luck getting a good casa then you
any of us did a caseworker. My casa was very imperative ingetting mine
home. The judge will never readon with you or really listen to anything
you have to say. I rolled the dice and decided to allow casa. My lawyer
was totally agitanst it. I did it anyways. She was legit and did exactly what
casa should do. Be unbias to all parties and give an honest oppinion. To
judge. Her opinion and strongly waving a flag for my kids and i to be
reunited asap is one of the very few breaks in my case and impact our
lives for the better
Like · 👍 1 · 8 hrs

**Tanya Myers** I am praying for this child
Like · 👍 1 · 18 hrs

**Matthew Michael Caulk** Major Injustice, BIG LEAUGE! It's probably about time
JH and I work on getting him up a youtube channel. We need a documentary to
go viral. Quite honestly an appearance on InfoWarz with Alex Jones. That will
stir up the swamp
Like · 👍 1 · 18 hrs · Edited

**Cathy Gustin** It looks like INFO WARS has been getting out to much
truth, I think someone is trying to get the show off the internet. 😕
Like · 👍 2 · 15 hrs

**Val Williams** I would be concerned with his presentation and delivery
Like · 7 hrs

**Susan Wells Vaughan** this seems to be the main plan, Connie, I wish I had
known while it was happening to me — deny rights during pre-adjudication -
stifle anything the opposition has to say - if the opposition discovers fraud and
tries to expose it - shut her up - appoint her a state public defender who works
for the state - then trump up charges, threaten, lie, promise and get the
stipulation (by fraud ) and prevent the trial from exposing - on the record the
fraud -- HOWEVER lack of subject matter jurisdiction can be brought up at any
time and in any court. It's taken me a long time to figure it out - but now I'm
fighting on those grounds. It seems like you could sue - but they don't care so
long as they shut you and your client up. they'll do anything. that much I know.
Like · 👍 4 · 18 hrs

**Louie Johnston Jr.** Just put a case to them, but not to a warrior for justice like you.
Like · 👍 3 · 18 hrs

**Debbie Gravel** disgusting
Like · 👍 3 · 18 hrs

**Kim Weigal** Connie Reguli, you know you can petition the court to remove this
scumbag! I got my former "GAL" fired from the county, he was thrown out of his
partners firm, sold his house and has no life 😂😂 Truth and I have the papers
to prove it 😝😝😝
Like · 👍 2 · 17 hrs

**Connie Reguli** Ha. I have already fought that battle and lost.
Like · 10 hrs

**Connie Reguli** He is friends with the judge.
Like · 10 hrs

**Iam Blessed** There are a lot of GALS in TN that friends w
Like · 3 hrs

● Chat



Sponsored

What's your Rare Count today?
∼Shire

Find Your Rare Count
shire.com/rarecount
You may be surprised at how many people in your life could be affected by a rare disease.

### Intro

I am an attorney in Tennessee fighting for families against government and court abuses.

🏠 Lives in Brentwood, Tennessee
📍 From Franklin, Indiana

### Photos

### Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch  ﹢

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾

Facebook © 2017



**Connie Reguli** He is friends with the judge.
Like · 10 hrs

**Iam Blessed** There are a lot of GALS in TN that friends with judges 😕
Like · 3 hrs

**Lorri L Nowell** Appeal and take it to the Supreme Court. Better yet call GOWDY
Like · 👍 2 · 17 hrs

**Joy Jet** Recuse the judge and take them all to the legal border for being unethical.
Like · 👍 2 · 17 hrs

**Dee McFall Prince** The judge recused himself in Shelby County, Alabama, sent the case to Jefferson County, but the GAL filed a bar complaint was filed against was in court today in Jefferson County, as well as the DHR attorney. The twins that we raised for 15 years will remain with their mother. We gained visitation without supervision, but nothing else was done. We still are being accused of abusing our granddaughter for allowing her rapist to come to the hospital which we did not invite him, he showed up!
Like · 👍 3 · 16 hrs

**Melanie Lacy** By chance do you know how to get a change for a Gal, I need a different one
Like · 👍 1 · 16 hrs

**Nannette Uselton Clark** Can your client fire the GAL and ask that case be heard when he reaches 18?
Like · 👍 1 · 16 hrs

**Connie Reguli** I am not sure how the minor can fire him. Hmmm. But as to 18 that is another twist. This case will not be ready for trial before he is 18. The court wants the gal to settle this case before jh is 18.
Like · 9 hrs

**Connie Reguli** He is 18 in six months. I already argued that too.
Like · 9 hrs

**Nannette Uselton Clark** I've seen several teens fire their GAL in Davidson County. Rules say GAL works for best interest and wishes and if child's desire conflicts with GAL then attorney ad litem is appointed. That may strictly be D&N law but I think the argument is there
Like · 9 hrs

**Connie Reguli** This is federal court
Like · 👍 1 · 9 hrs

**Nannette Uselton Clark** Oh I know. Still you could make the argument
Like · 7 hrs

**Duddley Dewright** Just advise your client to dig in his heels and not cooperate with the GAL to let him come of age? The other side plays delay tactics all the time.

How long does he have to appeal if he doesn't like the settlement the GAL gets him?
Like · 4 hrs

**Randy Stone** Why did you agree to a magistrate?
Like · 👍 1 · 15 hrs

**Connie Reguli** It's not a matter or agreeing in fed court. This is a preliminary matter. Magistrates are assigned.
Like · 👍 1 · 9 hrs

**Connie Reguli** I would never agree for the mag to hear the case
Like · 👍 2 · 9 hrs

**Julie Su Brown** That is awful. What good are our rights if they are not upheld?
Like · 👍 4 · 15 hrs

**Lisa Vincent** I just had this battle about a GAL and won it praise be to God. I feel so bad for you as well as for the client. There must be a way to appeal?
Like · 👍 1 · 15 hrs

**Melanie Lacy** And I have a case that involves my now so~ ~~~~ ~~ ~~ and my daughter which is 11 how do I file an appeal for a    ● Chat



 Connie Reguli  Timeline ▾  Recent ▾

**Add Friend**

Sponsored

What's your Rare Count today? /Shire

**Find Your Rare Count**
shire.com/rarecount
You may be surprised at how many people in your life could be affected by a rare disease.

## Intro

I am an attorney in Tennessee fighting for families against government and court abuses.

Lives in Brentwood, Tennessee
From Franklin, Indiana



## Photos

      

## Friends

English (US) · Español · Português (Brasil)
Français (France) · Deutsch   +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·

Facebook © 2017

 **Lisa Vincent** I just had this battle about a GAL and won I praise be to God. I feel so bad for you as well as for the client. There must be a way to appeal?
Like · 1 · 15 hrs

 **Melanie Lacy** And I have a case that involves my now son which is 18 and my daughter which is 11 how do I file an appeal for a new Gal we have been in court for five almost six years custody was reinstated back to me of my son at the age of when he was 15 but I can't even get visitation to my daughter which is now at 11 the gal is not acting in the best interest for either of the children my court case is in Circuit Court can someone help me on how to get to file an appeal or to file a motion for a new Gal anybody out there have any pointers
Like · 5 hrs

 **Lisa Vincent** There is also an argument to be made about what standards should apply in the matter - best interests or substituted judgment. Substituted Judgment means the judgment of CLIENT executed by the GAL, where the duty of the GAL is to do make diligent efforts to determine what the decision the ward would make or would have made if able.
Like · 4 · 14 hrs

 **Connie Reguli** Brilliant
Like · 2 · 9 hrs

 **Barbara Monroe** Just egregious, anything to protect THIER own! I got the same going on Connie Reguli.... I have a OSC with a judge that's already Lawyered up!!! Idea: he's 17, after 18 he can sue himself right? Drop the case till his 18th birthday then no Gal right?? No minors council because he's the age of majority??
Like · 2 · 14 hrs · Edited

 **Shekera Pinnock** Down with GAL's
Like · 9 hrs

 **Shirley Barnes** I have always been told GAL'S are appointed to represent the best interest of the children...how can they possibly have control over the case...just asking
Like · 1 · 8 hrs

 **Rosie Vincent** This corruption has to stop
Like · 3 · 8 hrs

 **Cindy Blom** I would love to know how you approach going public with JH story. I have been trying to get my son detention records from July 2012. They said I need a subpoena to get those released. 12 hours before Erik died we found out for sure that he was raped by 4 guards while in solitary in the Williamson county jail in Franklin, TN. We are ready to go public but also want to be wise. Hard enough to have had to process this while planning his funeral. I am a breakout speaker at a recovery conference. I will be sharing about grief through recovery. Been feeling like this is a place to share this part of our sons story. Any helpful wisdom would be appreciated.
Like · 1 · 7 hrs

 **Duddley Dewright** (((((Hugs)))))
Like · 1 · 4 hrs

 **Nicole Flatt** How can they do that
Like · 6 hrs

 **Tanya Myers** Connie Reguli I can't seem to get this out of my head. Can we do anything to help? Like letters or phone calls?
Like · 6 hrs

 **Nicole Flatt** This sounds like my counter claim Remand that went down hill because my court appointed attorney WALKED OUT ON ME during DEPOSITION. LEFT ME ALONE.
Like · 6 hrs

 **Sue Ward** The "silence" of the truth takes many unusual turns....but God has the final say.
Like · 1 · 5 hrs

 **Jill Garrett** If the Substituted Judgement fails, throw a hail mary sex discrimination case against the Judge for "giving" the case to a man, who is less experienced than you, in particular, this case. I don't like using race or sex cards but when the stakes are this high, sometimes you gotta do wh  ● Chat

Connie Reguli   Timeline ▾   Recent ▾                                   👤 Add Friend

Sponsored

What's your
Rare Count
today?
.Shire

Find Your Rare Count
shire.com/rarecount
You may be surprised at how
many people in your life could
be affected by a rare disease.

### Intro

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏢 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana



### Photos

### Friends

English (US) · Español · Português (Brasil) ·     +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices [▷ · Cookies
· More ▾

Facebook © 2017



Jill Garrett If the Substituted Judgement fails, throw a hail mary sex
discrimination case against the Judge for "giving" the case to a man, who is less
experienced than you, in particular, this case. I don't like using race or sex cards,
but when the stakes are this high, sometimes you gotta do what you gotta do. I
am sure you have a friend or two in the media this story could be leaked to.
Seems to be "all the rage" in the Federal gov. these days.
Like · 💬 1 · 5 hrs

Kara Zimmerman Insane.
Like · 4 hrs

Felicia K Burk Connie Reguli is this something TNCourts needs to address?
GALs?
Like · 4 hrs

Nicole Flatt No doubt. My son's 1st GAL admitted Brennen FAILED TO
THRIVE multiple times in their care, but said it was in the past& she
wanted to TPR us. That's literally terminating our rights so he can be
adopted by the people who starve& neglect him. The 2nd GAL tried to
put me in jail for Bring Brennen Home.
Like · 4 hrs

Caldwell Hancock Fraud upon the court/fraud upon the court by the judge
holding that court - these render the court's tainted orders VOID, not merely
voidable and they are subject to attack by any citizen or by the court sua sponte
at any time no Stat of lims, no laches. If the judge us the or one of the perps, go
after it thus way.
Like · 3 hrs

Mary Loewen GAL, I'm sorry I don't know what that means?
Like · 27 mins

Scarlette Lillee Guardian ad litem. It's basically who represents your kids.
Like · 13 mins

Scarlette Lillee I got my first gal fired. She never met me or my kids and always
recommend adoption. So I brought it to the judge. She was pissed and fired her
in court. My second gal really fought for me. He got my kids home.
Like · 13 mins

**Connie Reguli**
20 hrs · Brentwood, TN · 🌐

## Have I told y'all lately I hate this system.

👍 Like    ↪ Share

😊😮❤ 187

Malinda Sherwyn Have you heard from the Pres yet?
Like · 💬 1 · 20 hrs

Melinda Murphy-Wallace I say that every day
Like · 💬 1 · 20 hrs

Shawna Owens Me as well. My kids were removed from Foster Mom today
without warning and placed back with a registered Sex offender. My husband is
still in the Hospital facing his Second surgery since the Director of DHS pushed
him and caused a spinal injury.
Like · 💬 2 · 20 hrs

Patricia Lord Cromer Yes!!
Like · 💬 1 · 20 hrs

William Wilky Fain Help is on the way......
Like · 💬 3 · 19 hrs

Connie Reguli I need it
Like · 💬 1 · 19 hrs

William Wilky Fain Let's speak tomm. Got a news for ya that you will
like. Call you in am
Like · 💬 2 · 19 hrs



● Chat                           ✎ ⚙

# EXHIBIT B



| | |
|---|---|
| Document title: | Family Forward Project |
| Capture URL: | https://www.facebook.com/groups/1697223540511940/ permalink/1924006591166966/# |
| Captured site IP: | 31.13.65.36 |
| Page loaded at (UTC): | Fri, 24 Feb 2017 22:01:24 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2017 22:02:50 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/399444 |
| User: | pagevault-consulting |



Family Forward
Project
⊕ Public Group

Discussion
| Connie's post
Members
Events
Videos
Photos
Files

Shortcuts

FFP
Family Forward Project

Join Group  ···

Search this group

Join this group to post and comment.                    + Join Group

Connie Reguli shared her post.
20 hrs

I am more than upset.

Connie Reguli
20 hrs · Brentwood, TN

A federal court magistrate appointed a GAL and then gave him complete control over my civil rights case. I have put six hundred hours in this case and he has maybe 20 hours in it. He can settle the case and even fire me from representing my client. No one wants this case to go to trial a a lot of bad things will become public. The GAL who admittedly has never had a case like this has already cut a deal and my 17 year old client will be denied his day in court.

👍 Like      ↪ Share

😮👍😢 45

3 shares                                          14 Comments

Patricia Raymond Only GOD can stop them!!
Like · 👍 3 · 20 hrs
    Susan Xiomara Gana A little late don't you think?
    Like · 👍 1 · 20 hrs

Susan Xiomara Gana Start taking ada- legal fees compensated
Like · 👍 2 · 20 hrs
    Connie Reguli So are civil rights unless the court steals the case from you
    Like · 👍 1 · 20 hrs
    Susan Xiomara Gana Connie Reguli court can't steal from doj-congress gave doj the ada/adaaa specifically. No takey only can settle not usurp
    Like · 👍 1 · 19 hrs · Edited
    Gena Farmer Marks My judge took my baby's case from another court and combined with my oldest. The other judge would have let me have her. I think some people take pleasure in hurting the children they are supposed to protect.
    Like · 👍 3 · 19 hrs
    Susan Xiomara Gana Multi district
    Like · 👍 1 · 19 hrs
    Connie Reguli Yes they can it is still a federal case
    Like · 👍 2 · 19 hrs
    Susan Xiomara Gana And easily found in spa and family

MEMBERS                                        2,903 Members

DESCRIPTION
The Family Forward Project is intended to inform the public and educate the law makers regarding the unlawful social engineering financially incentivized by the Federal government. We are here to support families and develop resources which will maintain the integrity of the family. We look forward to your support. This is a PUBLIC GROUP.

CREATE NEW GROUPS
Groups make it easier than ever to share with friends, family and teammates.          Create Group

RECENT GROUP PHOTOS                        See All

SUGGESTED GROUPS                           See All

BABY BOOMERS RO
A NATIONAL MOVEME

Baby Boomers Rock (A National Movement)
5,572 members                              + Join

● Chat

Document title: Family Forward Project
Capture URL: https://www.facebook.com/...
Capture timestamp (UTC): Fri, 24 Feb 2017 22:02:50 GMT

Family Forward Project
Public Group

Discussion
| Connie's post
Members
Events
Videos
Photos
Files

Shortcuts

**Gena Farmer Marks** My judge took my baby's case from another court and combined with my oldest. The other judge would have let me have her. I think some people take pleasure in hurting the children they are supposed to protect.
Like · 👍 3 · 19 hrs

**Susan Xiomara Gana** Multi district
Like · 👍 1 · 19 hrs

**Connie Reguli** Yes they can it is still a federal case
Like · 👍 2 · 19 hrs

**Susan Xiomara Gana** And easily found in cps and family.
Like · 👍 1 · 20 hrs

**Patrick Daley** their all corrupt connie , taking advantage of you just as they take advantage of me and every one else .
Like · 👍 3 · 19 hrs

**Sharon Crittendon** It's time to get national attention! However we have to do it!!!!
Like · 👍 5 · 19 hrs

**Danny C. Garland** Can you get a State Court to immancipate him? Then the GAL gets relieved.
Like · 👍 6 · 19 hrs

**Connie Reguli** Danny C. Garland. I have thought about that. Not sure they are ordering me to mediation in short order. I may not have time
Like · 👍 4 · 19 hrs

**Nancy Lynn Barton** There has got to be something you can do,, get a body guard and go public fast!
Like · 👍 2 · 18 hrs

**Nancy Lynn Barton** how can the public help you?
Like · 👍 2 · 18 hrs

**Tracy Lyles** Maybe find a way to put him under a guardianship/conservatorship because he will be turning 18 soon. Just a thought...
Like · 👍 2 · 17 hrs

**Natasha Pavlovich** Connie, what can we do to help you? Would you like us to make some noise? Alert all media? Protest? Start a movement? I believe you have a lot of parents that are willing to help you, your clients, and this cause. Don't give up. Tell us how we can make some noise.
Like · 👍 7 · 17 hrs

**Terri Staney** Hey guys does this not count on GALS??

Social workers being held accountable for lies that have children removed.

https://m.facebook.com/story.php...
Like · 👍 2 · 17 hrs

**Sharon Crittendon** Happened in my grandsons case and the caseworker lied on the stand and many times. As well as the sorry attorneys.
Like · 👍 1 · 13 hrs

**Val Williams** Mine lied to by omission.
Like · 7 hrs

**Patsy Panda** The injustice in the courts and the dfs ppl. Ought to be ashamed.
Like · 👍 3 · 16 hrs

**Julie Su Brown** Hope there is something you can do for this kid and you get some justice out of all this. Why would a judge remove someone with experience versus someone who doesn't? But then again, nothing about our system makes sense lately
Like · 👍 3 · 15 hrs

**Heidi Uhl** Physically Sick 🤢😷
Like · 👍 1 · 8 hrs

5,572 members

Exposing The Rothschilds
110,006 members    + Join

My Facebook army we stand on truth we stand together we stand as one
5,254 members    + Join

SUGGESTED PAGES    See All

HYPEBEAST ✔
Society/Culture Website · 3,318,880 likes
👍 Like Page

SPONSORED    Create Ad

Pittsburgh Penguins at Chicago Blackhawks (Bl...
vividseats.com
Take $10 Off Your Next Purchase at VividSeats.com

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2017

● Chat

# EXHIBIT C



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Connie Reguli |
| Capture URL: | https://www.facebook.com/connie.reguli |
| Captured site IP: | 31.13.69.228 |
| Page loaded at (UTC): | Wed, 08 Mar 2017 20:10:56 GMT |
| Capture timestamp (UTC): | Wed, 08 Mar 2017 20:43:59 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 8 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/439396 |
| User: | pagevault-consulting |

PAGE VAULT PDF REF#:   g5UMT9ea6U7D6P9xJqwVAv





Sponsored

Naruto Online ©BANDAI
★★★★★ Naruto Online
©BANDAI
Access Naruto Online and
release your Chakra! Play with
your friends!

Play Now

Connie Reguli

Connie Reguli · Timeline ▼ · Recent ▼

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏠 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana

Connie has a bio and featured photos.
Add them to your profile too.     **Add Info**

📷 **Photos**

👥 **Friends**

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch     +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
More ▾

Facebook © 2017

**Add Friend**

**PRAISES ARE DUE! Just won an**
**interlocutory discovery issue - HUGE**

👍 Like     ➔ Share

👍❤️😮 334

17 shares

**Connie Reguli** Roxann Allen - this is HUGE HUGE
Like · 👍 8 · March 5 at 10:05pm

**Suzanne Rae Oakley** Congrats! Keep doing big things! God bless you!
Like · 👍 5 · March 5 at 10:07pm

**Norma Brown** Interlocutory.....That's awesome. Don't you just love stopping the
process to get a certified answer on an issue. Love It Glad you
prevailed as well. And on discovery, someone must have been holding back.
Like · 👍 5 · March 5 at 10:07pm

**Krissi Kahn** Congratulations Connie!!!
Like · 👍 4 · March 5 at 10:07pm

**Joan Simpson Huie** Congrats
Like · 👍 3 · March 5 at 10:09pm

**Kimberly Fry** I don't know what that is but good job!
Like · 👍 7 · March 5 at 10:10pm

**Michael Paul Rudden** Fantastic Connie well done
Like · 👍 3 · March 5 at 10:12pm

**Adam Ellithorpe** Sounds like the gladiator strikes again !!!
Like · 👍 8 · March 5 at 10:13pm

**Susan Sobolewski** Yeah!
Like · 👍 2 · March 5 at 10:13pm

**Dianne Ball Johns** That's SO Wonderful!!!!! Congratulations!!!!
Like · 👍 3 · March 5 at 10:15pm

**Elizabeth Harris** Yayayay!! We get to keep our DNA!! Now to get rid of the GAL!
And learn "the rest of the story".
Like · 👍 5 · March 5 at 10:20pm · Edited

**Bambi Enninga Hazen** I had to look it up but it sound HUGE.
CONGRATULATIONS Connie !!
http://www.resolvingdiscoverydisputes.com/.../obtaining.../

> **Obtaining Review of Discovery Rulings |**
> **Resolving Discovery Disputes**
>
> RESOLVINGDISCOVERYDISPUTES.COM

Like · 👍 5 · March 5 at 10:18pm

**Jessica Kennedy** Yay!
Like · 👍 2 · March 5 at 10:22pm

**Jenny de Mowbray** ❤️ congratulations Connie Reguli
Like · 👍 2 · March 5 at 10:23pm

**Matthew Studd** Outstanding!
Like · 👍 2 · March 5 at 10:24pm

**Melody Nelson** What is that?
Like · 👍 2 · March 5 at 10:26pm

**Nannette Uselton Clark** Congratulations!!
Like · 👍 2 · March 5 at 10:31pm

**Etta Robertson** Did that case help?
Like · 👍 3 · March 5 at 10:32pm

**Vickie Correll-Rick** ❤️❤️❤️❤️❤️🇺🇸🇺🇸🇺🇸🇺🇸     ● Chat



Connie Reguli  Timeline ▾  Recent ▾

I am an attorney in Tennessee fighting for families against government and court abuses.

🏠 Lives in Brentwood, Tennessee
📍 From Franklin, Indiana

Connie has a bio and featured photos.  **Add Info**
Add them to your profile too.

📷 **Photos**

👥 **Friends**

English (US) · Español · Português (Brasil)  ➕
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
· More ▾

Facebook © 2017

**Add Friend**

Like · ⏱ 2 · March 5 at 10:31pm

**Etta Robertson** Did that case help?
Like · ⏱ 3 · March 5 at 10:32pm

**Vickie Correll-Rick** ❤️❤️❤️❤️❤️🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸
Like · ⏱ 2 · March 5 at 10:36pm

**Kristy Shirk**

Like · ⏱ 2 · March 5 at 10:40pm

**Geerte Frenken** EXCELLENT!
Like · ⏱ 2 · March 5 at 10:42pm

**Connie Reguli** ONLY WAITED FIVE MONTHS FOR A DECISION
Like · ⏱ 20 · March 5 at 10:46pm

  **Cindy Blom** So very thankful for you.
  Like · ⏱ 4 · March 5 at 10:46pm

  **Cheryl Nagel** I'm thankful for Connie too!
  Like · March 6 at 12:31am

  **Jenn A Mallory** Congratulations!!!!!

  Like · March 6 at 1:09am

  **Cecilia Elsner Sparks** I waited over a year for a decision that wasn't made. Glad I did. Ended up with a sarcastic judge (boss of the judge who didn't decide). Would never have believed the case would end in my favor, with all the activity that went on in the courtroom.
  Like · ⏱ 2 · March 6 at 9:53pm

**Lori Colford**

Like · ⏱ 1 · March 5 at 10:54pm

**Terry Henninger**

Like · ⏱ 2 · March 5 at 11:05pm

**Patti Welch** Fabulous!
Like · ⏱ 2 · March 5 at 11:08pm

**Kathy Lester** All Praise and Glory to God!!!!! Congrats... Is this the case with the older boy
Like · ⏱ 4 · March 5 at 11:09pm

  **Connie Reguli** YES
  Like · ⏱ 4 · March 5 at 11:22pm

  **Kathy Lester** Praise GOD HUGE HUGE THANK YOU CONNIE AND THANK YOU GOD
  Like · ⏱ 3 · March 5 at 11:23pm

**Roger Frez** Great job
Like · ⏱ 1 · March 5 at 11:09pm

**Karla Payton-Zylla** Have no idea what all that means 😊 ....but sounds awesome!!
● **Chat**

**Sponsored**

**Naruto Online** ©BANDAI
★★★★☆ Naruto Online
©BANDAI
Access Naruto Online and release your Chakra! Play with your friends!
Play Now

☑ ⚙

PV  Home  Find Friends



Connie Reguli  Timeline ▾  Recent ▾

🔍 Add Friend

Sponsored



Naruto Online ©BANDAI
★★★★☆ Naruto Online
©BANDAI
Access Naruto Online and
release your Chakra! Play with
your friends!

Play Now

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏛 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana



Connie has a bio and featured photos.
Add them to your profile too.        **Add Info**

📷 **Photos**



  

 



👥 **Friends**

English (US) · Español · Português (Brasil)
Français (France) · Deutsch                +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
More ▾

Facebook © 2017

**Roger Frez** Great job
Like · 💬 1 · March 5 at 11:09pm

**Karla Payton-Zylla** Have no idea what all that means 😊....but sounds
awesome!!
Like · 💬 5 · March 5 at 11:16pm

**Elizabeth Freebird** Good job; you should get a treat!
Like · 💬 3 · March 5 at 11:19pm

**Cheryl Raaum** Congratulations!!!! Awesome!
Like · 💬 1 · March 5 at 11:46pm

**Donald Dewey** Congrats.
Like · 💬 2 · March 5 at 11:46pm

**DAndrew McRae** Can we discuss this tomorrow?
Like · 💬 1 · March 5 at 11:48pm

**Idelle Clarke** Great Connie! You accomplish important tasks all the time!
Like · 💬 1 · March 5 at 11:59pm

**Louise Thorn** Since I am not an attorney, however, am up to date on legal
issues enough to understand your answer, does this mean there were
surrounding questions relative to the main issue of the case that you were able
to convince the courts to submit as new discovery? Like I said, I know just
enough to still have to ask...sorry.
Like · 💬 2 · March 6 at 12:00am

 **Louise Thorn** I wish Connie were over here in Florida! I have all kinds of
 police reports that even show there was not abuse; three different
 statutes that were violated, and the proof; etc.
 Like · 💬 1 · March 6 at 12:49am

 **Louise Thorn** I can't get it before a judge to be discovered! geeeez
 Like · 💬 1 · March 6 at 12:51am

**Barbara Monroe** I knew u would, never had a doubt!! Congrats all that worry 4
nothin! 😊 🍾🎂🍷🌷
Like · 💬 1 · March 6 at 12:01am

 **Susan Paul** But, if she didn't worry, she wouldn't have been on her toes
 to be able to reach for and grab a star!
 Like · 💬 1 · March 6 at 3:07am

**Christopher Hamilton** Congratulations! Every win is a win for ALL!!
Like · 💬 2 · March 6 at 12:08am

**Veronica Zrnchik** Congrats.
Like · 💬 1 · March 6 at 12:18am

**Elizabeth Brown**

Like · 💬 1 · March 6 at 12:22am

**Patricia Raymond** Oh soo glad to hear this!! Thank you GOD and Connie!!
Like · 💬 2 · March 6 at 12:27am

**Danny Stillabower** Congratulations Connie
Like · 💬 1 · March 6 at 12:49am

**Lawrence Espinoza** Praise
Like · 💬 1 · March 6 at 12:55am

**Caldwell Hancock** Congrats, what issue what outcome? You must share.
Like · 💬 2 · March 6 at 12:57am

 **Connie Reguli** Civil rights case regarding sexual assault in juvenile
 detention. Defendant Williamson county trying to quash DNA evidence.
 We won. Evidence is ours.
 Like · 💬 6 · March 6 at 3:12am

  **Caldwell Hancock** Damn, you just might get a taste of ju
  Congrats.                                              ● Chat

 Connie Reguli | Q | PV  Home  Find Friends

Connie Reguli  Timeline ▾  Recent ▾ | **+ Add Friend**

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏛 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana



Connie has a bio and featured photos.
Add them to your profile too. | **Add Info**

### 📷 Photos

  
  


### 👥 Friends

English (US) · Español · Português (Brasil) · +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
· More ▾

Facebook © 2017

---

detention. Defendant Williamson county trying to quash DNA evidence.
We won. Evidence is ours.
Like · 👍 6 · March 6 at 3:12am

 **Caldwell Hancock** ==Damn, you just might get a taste of justice for once.==
==Congrats.==
Like · 👍 4 · March 6 at 3:14am

 **Connie Reguli** ==Damn right==
Like · 👍 4 · March 6 at 3:15am

**Melissa Martin** DNA never lies - what the flip are they thinking even
questioning if you can or can not use it for evidence.
Like · 👍 2 · March 6 at 3:25am

**Jennifer Foster** Connie Reguli isn't it amazing, that when DNA
evidence in the state's favor that want to use it, but when it isn't in their
favor, they don't want it heard? I find that fact to be amazing.
Like · March 6 at 2:33pm · Edited

 **Michele Remy** Yes!!!
Like · 👍 1 · March 6 at 1:13am

 **Michele Remy** You are the best!!! Wish every attorney would fight as hard as
you. Praise and Connie Reguli
Like · 👍 2 · March 6 at 1:15am

 **Stacy Youst Sillen** All Praises for YOU, Connie Reguli !!! Save this for the book!
❤️
Like · 👍 3 · March 6 at 1:17am

 **Earnest H Horvatin** I need you and Kash in the book "We Must Unite To Win
The Fight". You're very important Connie Reguli
Like · 👍 2 · March 6 at 2:26am

 **Kristi Devine**

Like · 👍 2 · March 6 at 3:00am

 **Patra Minocha** Wonderful!! Way to go Connie!!

Like · 👍 1 · March 6 at 3:09am

 **Patrick Daley** good job!!! at least some ones getting somewhere in this mess.
Like · 👍 1 · March 6 at 3:42am

 **Kim Weigal**

Like · March 6 at 3:45am

 **Sue Bee** After so many years- courts may be starting to listen to the damage that
has been done ! http://www.janeandjohnqpublic.com/.../2-california...

> ### Three Supreme Court Rulings Signal Havoc
> ### for California's Corrupt Family Courts
> Tracy Hayward. of Napa, just won a huge victory for herself and family court
> victims all over the state as California's Supreme Court upheld her appeal
> and DISMISSED a motion to...
> JANEANDJOHNQPUBLIC.COM

Like · March 6 at 3:47am

 **Michelle Franco** Got an apple for ya! Congrats hip hip hooray!!!!
Like · March 6 at 3:56am | ● Chat


**Sponsored**

**Naruto Online** ©BANDAI
★★★★☆ Naruto Online
©BANDAI
Access Naruto Online and
release your Chakra! Play with
your friends!
Play Now

 **Connie Reguli**

Connie Reguli | Timeline ▾ | Recent ▾

**♣ Add Friend**

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏠 Lives in Brentwood, Tennessee

📍 From Franklin, Indiana



Connie has a bio and featured photos.
Add them to your profile too.    **Add Info**

**📷 Photos**



  



  

**👥 Friends**

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch    **+**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
More ▾

Facebook © 2017

---

JANLANDJUITINGPUBLIC.COM

Like · March 6 at 3:47am

 **Michelle Franco** Got an apple for ya! Congrats hip hip hooray!!!!
Like · March 6 at 3:56am

 **Nikki Durst** Don't know wth it is either? But Congrads!!
Like · March 6 at 4:04am

 **Julie Su Brown** Awesome
Like · March 6 at 4:11am

 **Joy Jet** Congratulations !!!!
Like · 💙 1 · March 6 at 4:17am

 **Turia Natali** What is that
Like · 💙 1 · March 6 at 4:20am

 **Heidi Uhl** Praise the Lord!!!
Like · 💙 2 · March 6 at 4:47am

 **Nicole Williams** Congratulations! What was the issue?
Like · 💙 2 · March 6 at 4:54am

 **Connie Reguli** I represent a youth molested in detention and the da
screwed up the criminal trial and lost with d n a We are now suing civilly
and defendant County wants the d n a destroyed. We got it.
Preponderance of the evidence DONE. Now the dollar amount
Like · 💙 6 · March 6 at 2:11pm

 **Nicole Williams** Woo hoo! You are truly a rock star! I want to be like you
when I grow up! Lol
Like · 💙 1 · March 6 at 4:49pm

 **Nicole Flatt**

Like · 💙 2 · March 6 at 4:56am

 **Charles J Stecker Jr** Congrats Sis Connie ❤️
Like · 💙 1 · March 6 at 5:06am

 **Nicole Flatt** Congratulations
Like · 💙 1 · March 6 at 5:11am

 **Stacie Gentile** Go Connie Reguli, GOOOOO!!!!!
Like · 💙 1 · March 6 at 11:42am

 **Heather Gray** Awesome Connie Reguli
Congratulations
Like · 💙 2 · March 6 at 1:36pm

 **Shayla Rachelle Lewellyn** Congratulations! And thank you for all you do!
Like · 💙 1 · March 6 at 1:47pm

 **Sue Ward** Prayers being answered! Congratulations!
Like · March 6 at 3:36pm

 **Angela Sue Kirby** Just like my Case here in WEST vIRGINIA. I need assistance
with the case of tapered evidence and DNA
Like · 💙 1 · March 6 at 3:43pm

 **Kelly Davidson** Congradulations
Like · 💙 1 · March 6 at 7:07pm

 **Bethany Sue Christian** Great news!
Like · 💙 1 · March 6 at 7:49pm

 **Cecilia Elsner Sparks** WhooHoo!
Like · 💙 1 · March 6 at 9:51pm

 **Julie Bartlein Alexander** This is great! My lawyer just suggested doing this
today when the judge, yet again, has ruled in my ex's favor. Every judgment,
despite the evidence, has been ruled in his favor, and today, we paid for a court
reporter to insure we had everything recorded, and now my la     ● Chat
interlocutory appeal. Do you have a copy to share so we can s

☑ ⚙



**Sponsored**

**Naruto Online ©BANDAI**
★★★★✦ Naruto Online
©BANDAI
Access Naruto Online and
release your Chakra! Play with
your friends!

Play Now

---

 **Connie Reguli**  Timeline ▾  Recent ▾                    ♣ Add Friend

I am an attorney in Tennessee fighting for
families against government and court abuses.

🏛 Lives in **Brentwood, Tennessee**

📍 From **Franklin, Indiana**



Connie has a bio and featured photos.
Add them to your profile too.    **Add Info**

📷 **Photos**

  

 

👥 **Friends**

English (US)  Español  Português (Brasil)    ➕
Français (France)  Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies
More ▾

Facebook © 2017

---

**f** Connie Reguli                          🔍          PV  Home  Find Friends  👥 ⚙ 🌐      ❓ ▾

 **Julie Bartlein Alexander** This is great! My lawyer just suggested doing this
today when the judge, yet again, has ruled in my ex's favor. Every judgment,
despite the evidence, has been ruled in his favor, and today, we paid for a court
reporter to insure we had everything recorded, and now my lawyer is doing an
interlocutory appeal. Do you have a copy to share so we can see how you did
it?
Like · 💬 2 · Yesterday at 12:57am

 **Kristy Streb** OH YES YES YES! I thought they settled? SO happy!!!
Like · 💬 1 · Yesterday at 2:54am

 **Johnny Panko** You're so awesome!
Like · Yesterday at 9:25am

 **Pam Ashley** Blessings.
Like · 21 hrs

 **Connie Reguli** shared her post.
March 4 at 3:01pm · 🌐

 **Connie Reguli** shared a link to the group: **Family Forward Project**.
March 4 at 3:01pm · 🌐

WE MADE IT - THANK YOU THANK YOU - I picked up the envelopes
this morning so I will withdraw the amount to pay for those and the letters
will get printed at the beginning of the week - any extra will go the next
round of Letters.



### Click here to support Family Forward Project - Letters by Connie Reguli

BAN ASFA ADOPTION BONUS MONEY - It is time to start the second letter to
President Trump campaign. We did our first letter in February 2017 and asked...
GOFUNDME COM

👍 Like    ➤ Share

👍❤ 32

 **Justin Garry** Connie, I have the contact for Rand Paul ready to set up the
meeting to express our desires for Rand Paul to work towards help in repealing
the AFSA and putting child welfare back on the states per the 10th Amendment
and getting the federal money out. ... See More
Like · 💬 7 · March 4 at 10:28pm · Edited

 **Connie Reguli** Great that is it that far. Pm me a few choices on dates. You might
want to contact his office and great about three option.
Like · March 4 at 11:21pm

 **Connie Reguli** shared a link.
March 4 at 2:58pm · GoFundMe · 🌐

● Chat                    ☑ ⚙

---

**Sponsored**



**Naruto Online** ©BANDAI
★★★★☆ Naruto Online
©BANDAI
Access Naruto Online and
release your Chakra! Play with
your friends!

Play Now

---

Document title: Connie Reguli
Capture URL: https://www.facebook.com/connie.reguli Document 169-3   Filed 03/21/17   Page 27 of 30 PageID #: 3050
Capture timestamp (UTC): Wed, 08 Mar 2017 20:43:59 GMT                    Page 7 of 7

# EXHIBIT D


WEBPAGE CAPTURES FOR LEGAL USE

Document title:           Connie Reguli

Capture URL:              https://www.facebook.com/connie.reguli

Captured site IP:         31.13.69.228

Page loaded at (UTC):     Thu, 09 Mar 2017 16:08:07 GMT

Capture timestamp (UTC):  Thu, 09 Mar 2017 16:12:37 GMT

Capture tool:             v5.1.1

Page Vault server IP:     52.7.109.102

Browser engine:           Chrome/55.0.2883.87

Operating system:         Microsoft Windows NT 6.2.9200.0 (6.2.9200.0)

PDF length:               2

Portal URL:               https://portal.page-vault.com/#/snapshot/440933

User:                     pagevault-consulting

PAGE VAULT PDF REF#:    esqqyjQAEprB2R1RLVtpEZ



Document title: Connie Reguli
Capture URL: https://www.facebook.com/ConnieReguli
Capture timestamp (UTC): Thu, 09 Mar 2017 16:12:37 GMT