Motion GRANTED.

IN THE MIDDLE DISTRICT COURT
AT NASHVILLE, TENNESSEE

J.H., by next friend Betty Harris

    Plaintiff

v.  **No. 3-14-2356**

WILLIAMSON COUNTY and     Judge Trauger
    JUAN CRUZ     Magistrate Judge Holmes
    STEVE MCMAHON
    BETSY ADGENT
    SHARON GUFFEE

    Defendants

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE
REPLY TO WILLIAMSON COUNTY'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION TO REVIEW THE DENIAL OF PLAINTIFF'S
MOTION TO AMEND**

Now comes the Plaintiff, J.H., by next friend Betty Harris, and through Counsel, and files this Motion for Leave of Court to file a Reply to Williamson County's Response in Opposition to Plaintiff's Motion to Review the Denial of the Plaintiff's Motion to Amend.

The pleadings before the Court are as follows:

Doc. 109 - Plaintiff's Motion to Amend the Complaint and for Relief from the Scheduling Order

Doc. 122 - Defendant Williamson County's Response in Opposition to Plaintiff's Motion to Amend

Doc. 143 - Order denying Plaintiff's Motion to Amend by Magistrate Judge finding lack of diligent efforts in requesting relief from the scheduling order.