IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.H., by Conservator BETTY HARRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAMSON COUNTY, BETSY ADGENT, ) <br> STEVE MCMAHAN, and ) <br> JUAN CRUZ, ) <br> ) <br> Defendants. ) | Case No. 3-14-2356 <br><br> Judge Trauger <br> Magistrate Judge Frensley |

## MOTION OF DEFENDANT WILLIAMSON COUNTY TO FILE RESPONSE UNDER SEAL

Comes Defendant Williamson County pursuant to Fed. R. Civ. P. 5.2(d), and moves this Court to allow it to file its response to Plaintiff's "Motion and Memorandum to Unseal Records" (Doc. 279) under seal. In support of this Motion, the County would show as follows:

This Court ordered, on February 27, 2017, that the parties brief certain issues regarding an expunged criminal record by no later than March 22, 2017 and file replies no later than April 4. The Court specifically stated that documents confidential either by application of state law or orders of other courts may be filed under seal. (Doc. 146). After considering arguments of the parties, the Court entered an order outlining parameters for use of the expunged criminal record, but, recognizing the confidential nature of the material, the Court placed its order under seal as well (Doc. 206). Because the response of the County to Plaintiff's Motion to Unseal will necessarily discuss the substance of the Order that the Court placed under seal, as well as other sealed documents, and because of the confidential nature of expunged records, the County avers that filing under seal is appropriate.