**United States District Court for the Middle District of Tennessee**

J.H. by Betty Harris, conservator

**Plaintiff,**

vs.

CASE NO. 3:14-cv-02356

Williamson County, Betsy Adgent, Steve McMahan, and Juan Cruz

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that J.H., hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from Final Judgment and
(the final judgment) (from an
Summary Judgment entered in this action on the 25 day of
order (describing it))
July, 2018.

(s) /s/ Connie Reguli
Address: 1646 Westgate Cir. Ste 101
Brentwood, TN 37027
615 661 0122

Attorney for J.H.

cc: Opposing Counsel  x
    Court of Appeals  x

6CA-3
1/99