IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.H., by next friend BETTY HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-2356 |
| ) | Judge Trauger |
| WILLIAMSON COUNTY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 19, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 449), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant Cruz's Motion for Sanctions (Doc. No. 437) is DENIED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge